**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant, RICHARD BORIOLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, | ) | CASE #6:07-00124-WMW |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| | ) | UNTIL AUGUST 14, 2007 |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHARD BORIOLO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the Defendant, RICHARD BORIOLO, his Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government, ELIZABETH WALDOW, that the Initial Appearance in the above-captioned matter currently scheduled for July 31, 2007, at 10:00 a.m. be continued until August 14, 2007 at 10:00 a.m. due to unavailability of defense counsel.

Dated: July 17, 2007

By:  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant
RICHARD BORIOLO

Dated: July 20, 2007

By:  /s/ Elizabeth Waldow
Elizabeth Waldow
Legal Officer for
United States Government

1

* * * ORDER * * *

2

The Court, having reviewed the above request for a Continuance of Initial Appearance

3

until August 14, 2007 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

4

    1.    The Initial Appearance for  Defendant, RICHARD BORIOLO, shall be

5

    continued to August 14, 2007 at 10:00 a.m.

6

7

IT IS SO ORDERED.

8

**Dated:**   **July 27, 2007**     /s/  **William M. Wunderlich**
            UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE INITIAL APPEARANCE AND ORDER THEREON