1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Ste. 112
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 449-9016
4

5  Attorney for Defendant, RICHARD BORIOLO

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )   CASE #6:07-mj-00124-WMW
                                  )
11                                )
                                  )   WAIVER OF DEFENDANT'S
12            Plaintiff,          )   PERSONAL APPEARANCE
                                  )
13 vs.                            )
                                  )
14 RICHARD BORIOLO,               )
                                  )
15            Defendant.          )
                                  )
16 _____ )

17        TO THE ABOVE-ENTITLED COURT:

18        The Defendant RICHARD BORIOLO, having been advised of his right to be present at

19 all stages of proceedings, including, but not limited to, presentation of and arguments on

20 questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby

21 waives the right to be present at the hearing of any motion or other proceeding in this cause.

22 Examples of hearings concerning which the defendant waives the right to be present include

23 when the case is set for trial, when a continuance is ordered, when a motion to set aside an

24 indictment is heard, during a plea or change of plea, during sentencing or any case disposition,

25 when a motion for reduction of bail or for a personal recognizance release is heard.

26        The undersigned Defendant requests the Court to proceed during every absence of the

27 Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

28 is represented at all times by the presence of his attorney the same as if the Defendant were

1  personally present in court, and further agrees that notice to Defendant's attorney that
2  Defendant's presence in court on a particular day at a particular time is required is notice to the
3  Defendant of the requirement of Defendant's appearance at that time and place.
4
5  Dated: August 13, 2007
                                            By: /s/ Richard Boriolo
6                                                RICHARD BORIOLO
7  Dated: August 14, 2007
8                                           By: /s/ Carol Ann Moses
                                                 CAROL ANN MOSES
9                                                Attorney for Defendant,
                                                 RICHARD BORIOLO
10  IT IS SO ORDERED.
11  **Dated:   August 14, 2007**              /s/  **William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28