**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant, RICHARD BORIOLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,  ) | CASE #6:07-00124-WMW |
| Plaintiff,  ) | |
|  ) | STIPULATION TO VACATE TRIAL |
|  ) | AND SCHEDULE NEW TRIAL SETTING |
| vs.  ) | |
| RICHARD BORIOLO,  ) | |
| Defendant.  ) | |

IT IS HEREBY STIPULATED by and between the Defendant, RICHARD BORIOLO, his Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government, ELIZABETH WALDOW, that the Trial Date of January 30, 2008, be vacated and a new Trial Setting be scheduled for February 12, 2008 due to the illness of defense counsel.

Dated: January 28, 2008

                                         By: /s/ Carol Ann Moses
                                             CAROL ANN MOSES
                                             Attorney for Defendant
                                             RICHARD BORIOLO

Dated: January 28, 2008

                                         By: /s/ Elizabeth Waldow
                                             Elizabeth Waldow
                                             Legal Officer for
                                             United States Government

* * * ORDER * * *

The Court, having reviewed the above request to vacate the Trial Date of January 30, 2008 and schedule a new Trial Setting for February 12, 2008 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Trial Date of January 30, 2008 shall be vacated. A new Trial Setting shall be scheduled for February 12, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **January 29, 2008**          /s/  **William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE